IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-CR-2047-CJW |
| | ) | |
| vs. | ) | |
| | ) | |
| CHASE DAVID GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

In advance of the sentencing hearing set in the above listed case, the United States hereby provides its sentencing memorandum.

**A.   Government Witnesses**

None.

**B.   Government Exhibits**

None.

**C.   Sentencing Issues**

The Final Presentence Investigation Report identifies there are no sentencing issues, although the government believes defendant may seek a downward variance. The government will be resisting a motion for variance and will ask for a sentence within the guidelines range calculated in the Presentence Report which is 30 to 37 months' imprisonment with a mandatory minimum sentence of 120 months.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Emily K. Nydle*

EMILY K. NYDLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401
(319) 363-6333
(319) 363-1990  - Fax
Emily.Nydle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*